# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY, LLC, | Case No. 2:17-CV-1410 JCM (PAL) |
| Plaintiff(s), | TEMPORARY RESTRAINING ORDER |
| v. | |
| JOSEPH REZA, an individual; and TOTAL CARE MAINTENANCE, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *W.W. Williams Company, LLC v. Reza et al.*, case number 2:17-cv-01410-JCM-PAL.

Plaintiff W.W. Williams Company, LLC ("plaintiff") has filed a motion for temporary restraining order pursuant to Federal Rule of Civil Procedure 65, the Nevada Uniform Trade Secrets Act (NRS 600.040), and the Defendant Trade Secret Act (18 U.S.C. § 1836). (ECF No. 2).

Plaintiff alleges that defendants Joseph Reza ("Reza") and Total Care Maintenance, LLC ("TCM" and collectively, with Reza, as "defendants") are using plaintiff's misappropriate trade secret and confidential information to solicit plaintiff's customers. Plaintiff further alleges that Reza is plaintiff's former employee and is using plaintiff's trade secret and confidential information, soliciting plaintiff's customers, and competing with plaintiff in breach of Reza's proprietary information protection agreement ("agreement") with plaintiff.

The court, having considered the complaint, memorandum of law, supporting declarations, and accompanying exhibits, hereby finds and concludes as follows:

**James C. Mahan**
**U.S. District Judge**

- Plaintiff is likely to succeed in showing that defendants misappropriated and used plaintiff's trade secret and confidential information to solicit plaintiff's customers, and that defendants have refused to cease their conduct;
- Plaintiff is likely to succeed in showing that Reza breached the agreement in failing to return plaintiff's confidential information and destroy any copies thereof, and by soliciting plaintiff's customers, and has refused to cease his conduct;
- The use of plaintiff's trade secret and confidential information will result in immediate and irreparable injury to plaintiff in the form of loss of income, loss of goodwill, loss of property interest in the information, and damage to plaintiff's relationships with its customers;
- Continuing actions in breach of the agreement will result in immediate and irreparable injury to plaintiff in the form of loss of income, loss of goodwill, loss of property interest in plaintiff's confidential information, and damage to plaintiff's relationships with its customers and employees.
- The harm to plaintiff in denying the requested temporary restraining order outweighs the potential harm to the legitimate interests of defendants from granting such an order; and
- It appears that defendants are using plaintiff's confidential information and soliciting plaintiff's customers and will continue to carry out such acts unless restrained by order of the court.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for a temporary restraining order (ECF No. 2) be, and the same hereby is, GRANTED consistent with the following.

IT IS FURTHER ORDERED that a preliminary injunction hearing is set for **Monday, June 12, 2017, at 1:00 p.m.** in courtroom 6A.

IT IS FURTHER ORDERED that pending the preliminary injunction hearing, defendants are temporarily restrained from the following:

**James C. Mahan**
**U.S. District Judge**

        (1) indirectly or directly soliciting plaintiff's customers;

        (2) indirectly or directly soliciting plaintiff's employees;

        (3) using or disclosing plaintiff's trade secret or confidential information or any reproduction or copy of the same in any format; and

        (4) transferring, moving, returning, destroying, reproducing, copying, or otherwise disposing of any of plaintiff's information in their possession.

IT IS FURTHER ORDERED that plaintiff shall serve defendants with the summons, the complaint, the motion for preliminary injunction and the supporting declarations thereto, and the instant order on or before June 2, 2017. Proof of service shall be filed on or before June 5, 2017.

IT IS FURTHER ORDERED that responses, if any, to plaintiff's motion for preliminary injunction (ECF No. 9) shall be filed on or before June 5, 2017. Replies, if any, shall be filed on or before June 8, 2017.

IT IS FURTHER ORDERED that plaintiff shall deposit $1,000.00 with the clerk of the court, as security for this temporary restraining order, on or before June 2, 2017.

IT IS FURTHER ORDERED that this temporary restraining order shall expire fourteen (14) days after entry.

SIGNED AND ENTERED: This 30th day of May, 2017, at 9:45 a.m.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE