UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH REZA, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1410 JCM (PAL)<br><br>ORDER |

Presently before the court is plaintiff W.W. Williams, LLC's proposed order granting preliminary injunction. (ECF Nos. 41, 42).

The court finds that plaintiff's proposed order is contrary to the court's orders during the preliminary injunction hearing because it includes broad language and overly restricts defendants' business. (*See* ECF No. 42).

Plaintiff's proposal alters the original temporary restraining order language in two significant ways: (1) removing "confidential" from clause three so that the proposal now includes all information related to plaintiff's business; and (2) adding clause five and six which overly restrict defendants' business. (*See* ECF No. 42-1 at 3).

Plaintiff shall submit an amended proposed order curing these deficiencies. In particular, plaintiff shall strike clauses (5) and (6) and edit clause (3) and (4) to read as follows:

(3) using or disclosing plaintiff's property, confidential information, or any reproduction or copy of the same in any format;

(4) transferring, moving, returning, destroying or otherwise disposing of any of plaintiff's confidential information, property, or any reproduction or copy of the same in any format in their possession;

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that plaintiff shall submit, within three (3) days of the entry of this order, a proposed preliminary injunction order consistent with the foregoing.

IT IS FURTHER ORDERED that plaintiff's proposed preliminary injunction orders (ECF Nos. 41, 42) be, and the same hereby are, STRICKEN.

DATED June 20, 2017.

                                                                      UNITED STATES DISTRICT JUDGE