**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@thaterlawgroup.com

*Attorney for Defendants*
JOSEPH REZA and
TOTAL CARE MAINTENANCE, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH REZA, an individual; and TOTAL CARE MAINTENANCE, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01410-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TOTAL CARE MAINTENANCE, LLC TO FILE A RESPONSIVE PLEADING TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff W.W. Williams Company, LLC ("Plaintiff") and Defendant Total Care Maintenance, LLC ("Defendant TCM") (collectively, the "Parties"), by and through their respective undersigned counsels hereby stipulate and agree to extend the time for Defendant TCM to file a responsive pleading to Plaintiff's Complaint (Dkt #1), filed on May 18, 2017.

Both counsel for Defendants and Plaintiff met following a hearing on Monday, June 12, 2017 on Plaintiff's Motion for Preliminary Injunction (Dkt #9) and agreed to extend the present deadline of June 9, 2017 to July 14, 2017, in which Defendant TCM will have to file a responsive pleading to Plaintiff's Complaint (Dkt #1). In doing so, Defendant TCM and Defendant Reza will both have responsive

pleadings to Plaintiff's Complaint (Dkt #1) due on July 14, 2017 as Counsel for Defendant Reza accepted service on his behalf (Dkt #24).

This is the Parties' first request to extend the time for Defendant TCM to file a responsive pleading to Plaintiff's Complaint (Dkt #1). This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 15th day of June, 2017.

| **McDONALD CARANO LLP** | **THE THATER LAW GROUP, P.C.** |
|---|---|
| BY: /s/ Laura Jacobsen<br>LAURA JACOBSEN<br>Nevada Bar No. 0013699<br>CRAIG NEWBY<br>Nevada Bar No. 008591<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, Nevada 89102<br>Tel: (702) 873-4100<br>Fax: (702) 873-9966<br><br>*Attorney for Plaintiff*<br>W.W. WILLIAMS COMPANY, LLC | BY: /s/ M. Lani Esteban-Trinidad<br>M. LANI ESTEBAN-TRINIDAD, ESQ.<br>Nevada Bar No. 006967<br>6390 West Cheyenne Ave., Suite A<br>Las Vegas, NV 89108<br>Tel: (702) 736-5297<br>Fax: (702) 736-5299<br><br>*Attorney for Defendants*<br>JOSEPH REZA and<br>TOTAL CARE MAINTENANCE, LLC |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2017

-2-