UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| W.W. WILLIAMS COMPANY, LLC, | Case No. 2:17-cv-01410-JCM-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Seal – ECF No. 35) |
| JOSEPH REZA, et al., | |
| Defendant. | |

Before the court is Plaintiff's Motion for Leave to File Exhibit 2 to Declaration of Dan Bauer in Support of Plaintiff's Reply in Support of Motion for Preliminary Injunction Under Seal (ECF No. 35), Declaration (ECF No. 36), and Sealed Declaration (ECF No. 37). Judge Mahan granted plaintiff's motion for preliminary injunction at a hearing conducted June 12, 2017. *See* Minutes of Proceedings (ECF No. 39).

There is a presumption of public access to judicial files and records. A party seeking to file a confidential document under seal must file a motion to seal and must comply with the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

Plaintiff's motion states that Exhibit 2 to the Declaration of Dan Bauer in Support of Plaintiff's Reply in Support of Motion for Preliminary Injunction should remain sealed, and should not be served to defendant's counsel at the present time as: (1) defendants are alleged to have misappropriated plaintiff's confidential information, (2) the document is not "redactable" and (3) there is not yet a confidentiality agreement in this case to allow this type of document to be reviewed as an attorneys' eyes-only basis. Plaintiff will publically file a copy of the declaration omitting the confidential exhibit which plaintiff represents contains confidential information not readily available.

Having reviewed and considered the following motion and attached documents,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Exhibit 2 to Declaration of Dan Bauer in Support of Plaintiff's Reply in Support of Motion for Preliminary Injunction Under Seal (ECF No. 35) is **GRANTED**.
2. The parties shall have until **July 14, 2017** to meet and confer in an effort to agree upon and file a mutually agreeable form of proposed stipulated protective order regarding confidentiality to facilitate their discovery exchanges.
3. If the parties are unable to agree on a mutually acceptable form of protective order, they shall have until **July 14, 2017** to file their competing proposals.

DATED this 30th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE