**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@thaterlawgroup.com

*Attorney for Defendants*
JOSEPH REZA and
TOTAL CARE MAINTENANCE, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE W.W. WILLIAMS COMPANY, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH REZA, an individual; and TOTAL CARE MAINTENANCE, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01410-JCM-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff THE W.W. WILLIAMS COMPANY, LLC ("Plaintiff") and Defendant's JOSEPH REZA and TOTAL CARE MAINTENANCE, LLC ("Defendants"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendants (and all claims asserted therein) be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

///

///

///

-1-

1  IT IS SO STIPULATED.

2  DATED this 14th day of February, 2018.           DATED this 13th day of February, 2018.

**THE THATER LAW GROUP, P.C.**                     **McDONALD CARANO LLP**

BY: /s/ M. Lani Esteban-Trindad, Esq.              BY: */s/ Laura Jacobsen*
M. LANI ESTEBAN-TRINIDAD, ESQ.                     LAURA JACOBSEN, ESQ.
Nevada Bar No. 006967                              Nevada Bar No. 0013699
6390 West Cheyenne Ave., Suite A                   CRAIG NEWBY
Las Vegas, NV 89108                                Nevada Bar No. 008591
Tel: (702) 736-5297                                2300 W. Sahara Ave., Suite 1200
Fax: (702) 736-5299                                Las Vegas, NV 89102
                                                   Tel: (702) 873-4100
*Attorney for Defendants*                          Fax: (702) 873-9966
JOSEPH REZA &
TOTAL CARE MAINTENANCE, LLC                        *Attorney for Plaintiff*
                                                   W.W. WILLIAMS COMPANY, LLC


**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 15, 2018